# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Action No. 11-cr-00163-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     SIR ALEXANDER NEAL

    Defendant.

## PROTECTIVE ORDER

This matter comes before the Court on Interested Party Denver Police Department's Motion to Quash the Defendant's Subpoena of personnel records of Paul Von Feldt. The Court has reviewed the Motion, applicable law, and all relevant materials to now ORDER as follows:

Following a hearing and *in camera* review, the Court concluded that certain records subpoenaed by Defendant are relevant. The records will be released to both the Government and Defendant pursuant to this Protective Order. Once released:

    a.     Counsel for the parties are allowed to inspect any documents released to them, but other than for use at trial in this case may not copy these documents without prior Court approval;

    b.     All copies made by the parties shall be returned to the Court at the conclusion of the case to be retained in a sealed file as part of the Court file;

c. Access to any material ordered to be provided to the parties is restricted to counsel;

d. Release of any information contained in the filed to be produced is to be used solely for the purpose of this case;

e. The Court shall retain jurisdiction for purposes of enforcing compliance with the Protective Order issued in this case and that any violation may subject the offending party to sanctions; and

f. It shall be the responsibility of counsel of record to ensure that their client be apprised of the Protective Order in this case and that they understand the terms of said Order prior to any disclosure of the documents or information contained in the files to be produced.

Dated this 18th day of October, 2011.

BY THE COURT:

William J. Martínez
United States District Judge